**Exhibit A to the Complaint**

**Location:** Novato, CA

**Total Works Infringed:** 29

**IP Address:** 98.47.13.47

**ISP:** Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|------|-----------|-----|------|-----------|------------|--------------|
| 1 | D75C4212C94EACD789D6AA48F9EDD3AEE3170037 | 02/26/2026 02:30:10 | Vixen | 10/21/2017 | 11/30/2017 | PA0002098006 |
| 2 | 3ada69c9e106b2c32bee4734a499c5b7eedcb8f5 | 02/28/2026 18:22:38 | Vixen | 07/03/2017 | 07/07/2017 | PA0002070827 |
| 3 | 2A0B2E677AEFD8B57EFA950608EF81250CA7D80E | 02/26/2026 01:01:20 | Vixen | 11/01/2024 | 11/18/2024 | PA0002500861 |
| 4 | 8F934293D68F6AB99E04F77935C0C0B57090809F | 02/24/2026 00:22:35 | Vixen | 10/25/2024 | 11/18/2024 | PA0002500931 |
| 5 | 3EB9DAE43FAB2396DD29E59E498F867F822EA8B8 | 02/19/2026 06:12:33 | Vixen | 01/17/2026 | 01/26/2026 | PA0002563050 |
| 6 | E6049FA73DE9C0259EE889A86227217FD10135F1 | 02/16/2026 18:49:24 | Vixen | 10/09/2025 | 11/10/2025 | PA0002553346 |
| 7 | 97158DD215FACD2BBE70BFB5B9F5D9000CD72823 | 02/15/2026 20:16:35 | Vixen | 08/14/2020 | 08/31/2020 | PA0002265636 |
| 8 | 3D12C142E56A6E39459711907ACDD5A07DA03127 | 02/13/2026 23:04:11 | Vixen | 11/18/2022 | 12/11/2022 | PA0002384397 |
| 9 | 8E30259AC5BF0C78B35D38CAC206E388BA228338 | 02/13/2026 22:14:43 | Tushy | 05/18/2025 | 05/20/2025 | PA0002531763 |
| 10 | 3375d44de3c6f5431929eb04b64d06a1b833ac07 | 02/13/2026 22:00:21 | Tushy | 12/15/2024 | 01/16/2025 | PA0002509284 |
| 11 | 22D7F2274CAB57219A164DA9DFC2363B83583729 | 02/13/2026 21:49:22 | Vixen | 09/20/2024 | 10/16/2024 | PA0002494775 |
| 12 | 9F6BB1EF7E209D679B6EECC06E3F97A2AC5C7DBD | 02/13/2026 21:31:31 | Vixen | 12/13/2024 | 01/16/2025 | PA0002509636 |
| 13 | 0DFAD6E8BF4714A11F338CA08E163009BC4B5227 | 02/13/2026 21:29:21 | Vixen | 12/20/2024 | 01/16/2025 | PA0002509655 |
| 14 | 4005AE968D6AEF79BDD290B7369A71406F74E0BA | 02/13/2026 21:28:34 | Vixen | 02/07/2025 | 02/18/2025 | PA0002515982 |
| 15 | A68C526FD06E1E9886598368E73C0C8A57F07E1F | 02/13/2026 21:25:08 | Vixen | 01/02/2026 | 01/07/2026 | PA0002559445 |
| 16 | D235D2E2CEF1A389CDA952506EAFDE1403CF4FC9 | 02/12/2026 00:56:32 | Vixen | 08/30/2024 | 09/18/2024 | PA0002490438 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 53BAFD6D29FEA3D8E744A5CC8E65418A6C8EC73B | 02/10/2026 00:49:08 | Wifey | 11/01/2025 | 11/26/2025 | PA0002554937 |
| 18 | FC34AAA8F027DA5CB41BD12A77AC4C2247FB1810 | 02/10/2026 00:12:12 | Vixen | 09/29/2023 | 10/18/2023 | PA0002435610 |
| 19 | 489C33EF1A6040C66D56BCA7593297BCCA1C7B24 | 02/09/2026 01:08:23 | Vixen | 01/24/2018 | 03/02/2018 | PA0002104759 |
| 20 | 39C11B6C63DC04AE1EBEFF0591A176E49F7FDCFD | 02/07/2026 17:01:59 | Vixen | 04/25/2025 | 05/20/2025 | PA0002531764 |
| 21 | 69F277CAB64C921E843D62EDF6E1B24264A6E1DB | 02/06/2026 15:43:21 | Vixen | 08/30/2025 | 09/16/2025 | PA0002550961 |
| 22 | 8A906C5A23F35028EFDE5B9C81D9EE277ACA0275 | 02/05/2026 20:18:38 | Vixen | 04/24/2018 | 06/19/2018 | PA0002126671 |
| 23 | 6CD53AD9368DD411BBC6F35ADCDBE87AB8AEB0B7 | 02/05/2026 15:46:58 | Vixen | 08/27/2017 | 09/15/2017 | PA0002052843 |
| 24 | 12C5D12591F6C4A550FBA86E5E724319A21A71EF | 02/05/2026 15:43:54 | Vixen | 10/18/2024 | 11/18/2024 | PA0002500907 |
| 25 | F847D61C56D2EC10675C422607438B409F377454 | 02/05/2026 07:23:47 | Vixen | 05/14/2017 | 06/22/2017 | PA0002039297 |
| 26 | 1C4651BBCEC94B65402B97AFFE486CF71F63C414 | 02/05/2026 06:41:30 | Vixen | 12/30/2017 | 01/15/2018 | PA0002070944 |
| 27 | E38350F90CA3558234F532417F14645950355A06 | 02/05/2026 06:12:28 | Vixen | 01/24/2025 | 02/18/2025 | PA0002515955 |
| 28 | 79153C5817365DF2C54E1CA8A115266FE84C1A08 | 02/05/2026 06:04:57 | Vixen | 04/18/2025 | 04/23/2025 | PA0002527325 |
| 29 | 9cde91d44e67a29b9bd184a2596c5ef0d0ac05fb | 02/05/2026 00:39:40 | Vixen | 11/30/2018 | 12/18/2018 | PA0002141918 |